# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSEPH COX, JR., | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) Case No. CIV-15-862-F ) |
| THE STATE OF OKLAHOMA, | ) ) ) |
| Defendant. | ) |

## ORDER

Petitioner, appearing *pro se*, filed a petition for a writ of habeas corpus seeking to have prison officials "remove CRF-10-51" from his record, doc. no. 1, and then filed an application for writ of habeas corpus complaining about his medical treatment, doc. no. 8.

United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation on August 17, 2015, recommending that petitioner's application for writ of habeas corpus, doc. no. 8, be dismissed. Magistrate Judge Mitchell recommended the court to instruct petitioner that if he wishes to pursue medical treatment claims, he must file a separate 42 U.S.C. § 1983 complaint. Upon objection by petitioner, the court conducted a de novo review of the matter and entered an order on August 31, 2015 (doc. no. 15), accepting, adopting and affirming the Report and Recommendation. In its order, the court instructed petitioner to file a separate 42 U.S.C. § 1983 complaint if he wished to pursue his medical treatment claims.

Subsequently, on September 19, 2015, Magistrate Judge issued a Report and Recommendation, recommendation that the petition for a writ of habeas corpus seeking to have the prison official "remove CRF-10-51" from his record, doc. no. 1, be dismissed as moot.

Presently before the court is the objection of petitioner to the Report and Recommendation. Pursuant to 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the matter and concurs with the analysis of Magistrate Judge Mitchell. The court finds it unnecessary to repeat that analysis here.

The court notes that petitioner's objection addresses claims not adequately or properly raised before Magistrate Judge Mitchell or claims previously dismissed by this court. The court declines to address such matters.

Accordingly, the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell issued on October 15, 2015 (doc. no. 20) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. Respondent's Motion to Dismiss (doc. no. 17) is **GRANTED**. Petitioner's petitioner for a writ of habeas corpus (doc. no. 1) is **DISMISSED** as **MOOT**.

DATED November 2, 2015.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

15-0862p002.wpd